IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| MICHEL THOMPSON, *et al.*, | : | |
| Plaintiffs, | : | 2:22-cv-01244-JMY |
| v. | : | |
| RHOMBUS SERVICES, LLC, | : | |
| Defendant. | : | |
| | : | |

**PLAINTIFFS' UNOPPOSED MOTION**
**FOR APPROVAL OF FLSA SETTLEMENT**

Plaintiffs Michel Thompson ("Thompson") and George Higgins ("Higgins") and Defendant Rhombus Services, LLC ("Rhombus") have settled this Fair Labor Standards Act ("FLSA") collective action for $1,180,000 per the accompanying Collective Action Settlement Agreement. *See* Doc. 60-1. The settlement covers Thompson, Higgins, and 693 other opt-in plaintiffs who joined the collective by filing Court-approved consent forms.

FLSA collective settlements must be judicially approved for fairness. *See Shaw v. Tabor Community Partners*, 2020 U.S. Dist. LEXIS 228653 (E.D. Pa. Dec. 2, 2020) (Younge, J.). So Thompson and Higgins, on behalf of themselves and the opt-in plaintiffs, file this motion to ask the Court to approve the settlement for the reasons described in the accompanying brief.

**WHEREFORE**, plaintiffs request that the Court approve the settlement by granting this motion and entering the accompanying proposed order.

Date: May 23, 2023                                       Respectfully,

/s/ Peter Winebrake
Peter Winebrake
Michelle L. Tolodziecki
Winebrake & Santillo, LLC
715 Twining Road, Suite 211
Dresher, PA 19025
(215) 884-2491

Josef Buenker

>The Buenker Law Firm
>2950 North Loop West, Suite 500
>Houston, Texas 77092
>(866) 283-6537
>
>*Attorneys for Plaintiffs*